## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| LUIS LEDESMA, | ) | 3:13-cv-00102-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 19, 2014 |
| STATE OF NEVADA, et al., | ) | |
| Defendants | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's Motion Identifying Unserved Defendants wherein he requests issuance of summonses for Defendants Savino Espinoza, Adrian Guerrero and Benjamin Kyker. (Doc. # 25.)  Plaintiff's motion was filed in response to Defendants' Notice that the Office of the Attorney General was not authorized to accept service on behalf of said defendants (Doc. # 21) and and in accordance with this court's Order (Doc. # 20).

Good cause appearing,

**IT IS HEREBY ORDERED** that the Clerk shall issue a Summonses for Defendants Savino Espinoza, Adrian Guerrero and Benjamin Kyker and send the same to the U.S. Marshal with the addresses provided under seal. (Doc. # 22.)

**IT IS FURTHER ORDERED** that the Clerk shall send to Plaintiff three USM-285 forms, three copies of the of the Amended Complaint (Doc. # 11), and a copy of this Order.

**IT IS FURTHER ORDERED** that Plaintiff shall have **twenty (20) days** from the date of entry of this Order within which to complete the USM-285 forms and return them along with other necessary documents to the United States Marshal for service. After Plaintiff receives information from the Marshal regarding whether or not Defendants Espinoza, Guerrero and Kyker have been served, Plaintiff shall file a Notice, forthwith, informing the court of the status of that service.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk