UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LUIS LEDESMA, | 3:13-cv-00102-MMD-WGC |
| Plaintiff, | **MINUTES OF PROCEEDINGS** |
| vs. | January 26, 2015 |
| STATE OF NEVADA, *et al.,* | |
| Defendants. | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   Katie Lynn Ogden       REPORTER:             FTR

COUNSEL FOR PLAINTIFF:   Luis Ledesma, Pro Se (Telephonically)

COUNSEL FOR DEFENDANTS:   Andrea Barraclough, Esq.

**MINUTES OF PROCEEDINGS: Motion Hearing**

10:02 a.m.  Court convenes.

The court convenes to address Plaintiff's "Motion for Judicial Notice Re: Service by Publication" (Doc. # 79) and Plaintiff's "Motion for Enlargement of Time" (Doc. # 81).

After having discussions regarding the two motions the court finds the following:

**I.** **"Motion for Judicial Notice Re: Service by Publication" (Doc. # 79)**

Plaintiff is advised the court cannot afford any further relief than what the court and Defendants have already provided Plaintiff relating to service by publication.  (See Order Doc. # 69 and Defendants' response memorandum Doc. # 83).

However, the court inquires whether the Attorney General's Office would agree to forward Requests for Waivers of Service to the unserved Defendants at their last known addresses under Fed. R. Civ. P. 4(d).  Deputy Attorney General Barraclough agrees to coordinate with Plaintiff so long as he complies with the requirements of Fed. R. Civ. P. 4(d).

/

1

Minutes of Proceedings
3:13-CV-00102-MMD-WGC
January 26, 2015

     The clerk is directed to issue summons as to the following individuals: Adrian Guerrero, Savino Espinoza and Jason Volden. The clerk shall then forward the summonses to Plaintiff.

     Plaintiff's "Motion for Judicial Notice Re: Service by Publication" (Doc. # 79) is **GRANTED in part and DENIED in part** consistent with the discussions had during today's proceedings.

**II.**     **"Motion for Enlargement of Time" (Doc. # 81)**

     Good cause appearing, Plaintiff's "Motion for Enlargement of Time" (Doc. # 81) is **GRANTED**. The discovery deadlines are revised as follows:

          <u>Discovery cut-off</u>: Friday, April 17, 2015;

          <u>Discovery motions</u>: Friday, May 1, 2015;

          <u>Dispositive motion(s)</u>: Monday, May 18, 2015; and

          <u>Joint Pretrial Order</u>: Friday, June 19, 2015 - unless, in the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision of the dispositive motions or further order of the court.

     Plaintiff is directed to continue conducting discovery on the existing Defendants.

**III.**     **Defendant Lamar Gibson**

     For clarification purposes, Plaintiff is advised that Defendants' counsel has accepted service of Plaintiff's action on behalf of Lamar Gibson. (See Order Doc. # 59). Ms. Barraclough represents she will verify Defendant Gibson has filed a joinder in this action, if not, she will correct the discrepancy as soon as possible.

IT IS SO ORDERED.

10:19 a.m. Court convenes.

                                                  LANCE S. WILSON, CLERK

                                                  By:         /s/
                                                        Katie Lynn Ogden, Deputy Clerk