UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS LEDESMA,<br><br>          Plaintiff,<br>v.<br><br>STATE OF NEVADA, et al.,<br><br>          Defendants. | Case No. 3:13-cv-00102-MMD-WGC<br><br>ORDER |

This action reflects the Amended Complaint was filed on February 18, 2014. (Dkt. no. 11.) On March 21, 2015, the Court issued a notice of intent to dismiss Adrian Guerrero and Espinoza, pursuant to Fed. R. Civ. P. 4(m), unless proof of service upon said defendant was filed by June 20, 2015. (Dkt. no. 117.) To date, no proof of service has been filed upon Adrian Guerrero or Espinoza.

Accordingly, it is ordered that Adrian Guerrero and Espinoza are dismissed from this action.

DATED THIS 26th day of June 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE